IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LORRIANE Y. HOLLINS,           ) | |
| ) | |
| Plaintiff,           ) | |
| ) | |
| v.           ) | CIVIL ACTION NO. 2:04cv1148-C |
| ) | WO |
| JO ANNE B. BARNHART,           ) | |
| Commissioner of Social Security ) | |
| ) | |
| Defendant.           ) | |

**FINAL JUDGMENT**

In accordance with the memorandum opinion entered this date, it is the

ORDER, JUDGMENT, and DECREE that the decision of the Commissioner be and is hereby REVERSED and that this case be and is hereby REMANDED to the Commissioner for further proceedings consistent with the court's memorandum opinion.

Done this 21st day of June, 2005.

        /s/Charles S. Coody
        CHARLES S. COODY
        CHIEF UNITED STATES MAGISTRATE JUDGE